UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

ANTHONY AGUILAR                                         CIVIL ACTION NO. 07-978

VERSUS                                                         JUDGE MELANÇON

ANDRE PERRON, ET. AL.                                   MAGISTRATE JUDGE HILL

**ORDER**

On June 8, 2007, defendants Blue Cross / Blue Shield of Louisiana and Benefit Recovery, Inc. (collectively, "Blue Cross") removed this action from the Fifteenth Judicial District Court in and for the Parish of Lafayette, State of Louisiana to this Court [Rec. Doc. 1] based on federal question jurisdiction.  On July 9, 2007, plaintiff filed a Motion to Remand [Rec. Doc. 13], and, on July 24, 2007, Blue Cross opposed plaintiff's motion [Rec. Doc. 22].  No other party opposes plaintiff's motion to remand, and it is undisputed that the Court's sole basis for jurisdiction in this matter is Blue Cross's benefit recovery claims made pursuant to the Employee Retirement Income Security Act of 1974, 28 U.S.C. § 1001, *et. seq.*

On August 31, 2007, based on the representations of plaintiff's counsel, the Court dismissed Blue Cross from this action [Rec. Doc. 40].  As Blue Cross is no longer a party, there are no remaining questions of federal law.  As such, this Court lacks subject matter jurisdiction to decide the remaining claims.  Under 28 U.S.C. § 1447(c), a district court is mandated to remand a case if, at any time before final judgment, it appears the court lacks subject matter jurisdiction.  Accordingly, it is

**ORDERED** that plaintiff's Motion to Remand [Rec. Doc. 13] is **GRANTED**, and the above captioned matter is **REMANDED** to the Fifteenth Judicial District Court in and for the Parish of Lafayette, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of this Court mail a certified copy of this Order of Remand to the Clerk of Court for the Fifteenth Judicial District Court in and for the Parish of Lafayette, State of Louisiana.

**THUS DONE AND SIGNED** this 5th day of September, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE